UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL CADLE,

        Plaintiff,

   v.

DIANE CADLE,

        Defendant.

CASE NO. 2:26-cv-00168-JHC

ORDER

Before the Court is Plaintiff's motion for default judgment. Dkt. # 9. Because default has not been entered, *see* Fed. R. Civ. P. 55(a), the Court DENIES the motion without prejudice. The Court also notes that the motion fails to apply the seven *Eitel* factors. *See Eitel v. McCool,* 782 F.2d 1470, 1471–72 (9th Cir.1986).

Dated this 20th day of April, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1