UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CADLE, | CASE NO. 2:26-cv-00168-JHC |
| Plaintiff, | ORDER |
| v. | |
| DIANE CADLE, | |
| Defendant. | |

This matter comes before the Court sua sponte. The Court essentially directed Plaintiff to demonstrate subject matter jurisdiction. *See* Dkt. # 11. Plaintiff's response still does not do so, *see* Dkt. # 13, and upon another review of the Complaint and record, it is clear Plaintiff does not assert, or plead any specific facts, to establish that venue is proper or that this Court has personal jurisdiction over Defendant. Dkt. # 4; *see generally* Docket.

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE by June 11, 2026 why this action should not be dismissed for lack of jurisdiction or improper venue. If Plaintiff fails to respond or demonstrate jurisdiction and proper venue, the Court will dismiss the action without prejudice. If the Court is satisfied that it has jurisdiction and venue is proper based on Plaintiff's response, the Court will direct the Clerk of the Court to enter default against Defendant.

Plaintiff's Motion for Relief from a Deadline, Dkt. # 12, is DENIED as moot.

ORDER - 1

Dated this 28th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2