UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL CADLE,

              Plaintiff,

    v.

DIANE CADLE,

             Defendant.

CASE NO. 2:26-cv-00168-JHC

ORDER

This matter comes before the Court sua sponte. After reviewing the Complaint and the rest of the record, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of jurisdiction or improper venue. *See* Dkt. # 14. Plaintiff has failed to do so, *see generally* Docket, and thus, the Court DISMISSES this action without prejudice.

Dated this 12th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 1